IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Jimmy J. Vance, Individually and on behalf
of the Wrongful Death Beneficiaries of
MILDRED VANCE, Deceased                                              PLAINTIFF

v.                                                         CAUSE NO. 3:07CV62-SA-SAA

WINONA MANOR HEALTHCARE, LLC
CENTENNIAL HEALTHCARE PROPERTIES,
and JOHN and JANE DOES I-X                                          DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court this day on joint motion of the plaintiff and the defendants for a dismissal with prejudice, and, it having been made known to the Court that the plaintiff and defendants have compromised and settled the claims made in the above-styled and numbered cause and that the plaintiff has received full accord and satisfaction for all of his claims against the defendants, the Court finds that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, that the above-styled and numbered cause be, and it is hereby dismissed with prejudice.

SO ORDERED, this the 23rd day of October, 2008.

/s/ Sharion Aycock
**U.S. DISTRICT COURT JUDGE**

AGREED TO:


s/Andrew Neely
ANDREW NEELY, ESQUIRE
Attorney for Plaintiff


s/Lisa Williams McKay
LISA WILLIAMS McKAY, ESQUIRE
Attorney for Defendants